IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT NORTH CAROLINA
EASTERN DIVISION

NO. 7:18-CR-48-BO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| CHRISTOPHER P. WILKINSON | ) |

**ORDER**

THIS MATTER IS BEFORE THE COURT pursuant to the United States' Motion to Partially Unseal Docket.

Finding there is no longer good cause to seal the docket in the above-captioned case, with the exception of the United States' Motion to Seal Docket and the United States' Motion to Partially Unseal Docket, it is hereby ORDERED that the Motion is GRANTED. The Clerk shall unseal the docket in the above-captioned matter with the exception of the United States' Motion to Seal Docket and the United States' Motion to Partially Unseal Docket.

This 12 day of June, 2019.

TERRENCE W. BOYLE
Chief United States District Judge
Eastern District of North Carolina